UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

MASON WORMUTH,
                Plaintiff,

                                      Civil Action No. 3:18-01383 (DEP)

           v.

ANDREW SAUL,
COMMISSIONER                      **CONSENT ORDER FOR PAYMENT**
OF SOCIAL SECURITY,          **OF FEES PURSUANT TO THE EQUAL**
                                   **ACCESS TO JUSTICE ACT**
                Defendant.

_____

This matter having been opened by Peter A. Gorton, Esq., for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that Grant C. Jaquith, United States Attorney, and Sixtina Fernandez, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of five thousand eight hundred fifty-four dollars and fourteen cents ($5,854.14) in attorney fees. The fees are payable to plaintiff, but if plaintiff does not owe a debt subject to offset, they are payable to the attorney. The Court having reviewed the record in this matter;

IT IS on this        day of January 2020;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of five thousand eight hundred fifty-four dollars and fourteen cents ($5,854.14) in attorney fees. The fees are payable to plaintiff, but if plaintiff does not owe a debt subject to offset, they are

payable to the attorney;

ORDERED that the within matter is dismissed with prejudice.

Dated: January 10, 2020

_____
Hon. David E. Peebles
U.S. Magistrate Judge


The undersigned hereby consent to the form and entry of the within order.

                                Grant C. Jaquith
                                United States Attorney
                    By:
                                */s/ Sixtina Fernandez*
                                Sixtina Fernandez
                                Special Assistant U.S. Attorney
                                Attorney for Defendant
                                SSA/Office of the General Counsel
                                26 Federal Plaza, 39th Floor
                                New York NY 10278
                                (212) 264-2272
                                Fax: (212) 264-6372
                                Email: sixtina.fernandez@ssa.gov




                    By:     */s/ Peter A. Gorton*
                                Peter A. Gorton
                                Attorney for Plaintiff
                                104832 (NY)
                                1500 East Main Street
                                P.O. Box 89
                                Endicott, NY 13760
                                (607) 754-0500